| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680<br>Fax: (510) 637-3724<br>E-Mail: michelle.kane3@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
SEP - 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR12-00660  CW

| UNITED STATES OF AMERICA, | ) | NO. |
|---|---|---|
| Plaintiff, | ) | SEALING APPLICATION AND SEALING ORDER |
| vs. | ) | |
| HAMID GHAZVINI,<br>REZA NIKFAR,<br>MING TAN, and<br>THOMAS STEIBER, | ) | |
| Defendants. | ) | |

The United States requests that the Indictment, Penalty Sheets, Arrest Warrants, and this Application and Sealing Order in the above-captioned case filed with the Court on September 6, 2012 be filed under seal until further order of the Court, with the exception that the Clerk's office may provide copies to the U.S. Attorney's Office and to agents of the Federal Bureau of Investigation.

The sealing application is requested that disclosure of these documents might jeopardize the ongoing investigation.

SEALING APPLICATION AND ORDER

Document No.
2⌐
District Court
Criminal Case Processing

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: September 6, 2012          Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Michelle J. Kane

MICHELLE J. KANE
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheets, Arrest Warrants, and this Application and Sealing Order, filed with the Court on September 6, 2012 shall be filed under seal until further order of the court with the exception that the Clerk's office may provide copies to the U.S. Attorney's Office and to agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

DATED: 9/6/12

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE