ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Reza Nikfar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REZA NIKFAR,<br><br>    Defendant | Case No.: CR 12-00660- CW<br><br>**STIPULATION AND ORDER MODIFYING BAIL CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Reza Nikfar to travel within the Southern, Eastern, and Central Districts of California with prior notice to, and approval from, his supervising Pre-trial Services Officer.

The parties further stipulate that this Court should modify Mr. Nikfar's bail conditions to allow him to travel to Singapore from June 17, 2013 to June 24, 2013, in order to take care of personal affairs.  Mr. Nikfar will provide to his supervising pretrial services officer his specific itinerary, where he will stay, and a phone number at which he can be reached.

The parties request that the Court order the release Mr. Nikfar's passport for the purposes of this travel.  He will return the passport to the Clerk's office forthwith upon his return.

Mr. Nikfar has pled guilty to Conspiracy to Commit Wire Fraud and is awaiting sentencing.  His release conditions currently limit his travel to the Northern District of California except for travel to the Eastern District of California in connection with race car trips with his son.  See Docket No. 6.

Mr. Nikfar has been under the supervision of Pretrial Services since September 2012.  He has had no violations.  Pre-trial Services does not object to this request.

Dated:                                             Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR REZA NIKFAR

MELINDA L. HAAG
US ATTORNEY

//s//

MICHELLE KANE
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:  5/31/13

GRANTED

_____
HON. DONNA M. RYU
US MAGISTRATE JUDGE