ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Reza Nikfar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 12-00660 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT REZA NIKFAR'S PASSPORT FROM PRETRIAL SERVICES** |
| vs. | |
| REZA NIKFAR, | |
| Defendant. | |

The parties stipulate and move this Court for entry of an order directing Pretrial Services to return the Defendant Reza Nikfar's passport to him.  This case has concluded; the Court imposed Judgment on December 8, 2014, exonerating the appearance bond, and Mr. Nikfar has paid in full his restitution obligation, fine and special assessment. (Dkt. Nos. 247 and 249).   The conditions of probation allow Mr. Nikfar to travel with

Stipulation and [Proposed] Order - 1

approval of his probation officer.  Consequently, Pretrial Services should return Mr. Nikfar's passport to him.

Dated: December 18, 2014                           Respectfully Submitted,

                                                   RAMSEY & EHRLICH LLP

                                                   //s//

                                                   ISMAIL RAMSEY
                                                   ATTORNEY FOR REZA NIKFAR


                                                   MELINDA L. HAAG
                                                   US ATTORNEY

                                                   //s//

                                                   MICHELLE KANE
                                                   ASSISTANT US ATTORNEY



    The case having concluded, and for the reasons stated above, IT IS HEREBY ORDERED that Pretrial Services return Reza Nikfar's passport to him.

Dated: 12/18/2014

                                                   _____
                                                   HON. CLAUDIA WILKEN
                                                   U.S. DISTRICT JUDGE