ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Reza Nikfar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REZA NIKFAR,<br><br>　　　　Defendant. | Case No.: CR 12-00660 CW<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO EXONERATE BOND AND**<br>**RELEASE DEED OF TRUST** |

The parties stipulate and move this Court for entry of an order:

- exonerating the defendant Reza Nikfar's bond,
- directing that the Clerk's Office release the Deed of Trust, document #22353794, for property located at 107 Madera Court, Los Gatos, CA 95032, and
- directing that the Clerk of the Court, as Trustee and Beneficiary of the Deed of Trust, reconvey the estate granted by the Deed of Trust, document #22353794, to Mr. Nikfar and Farnaz Moeini .

This case has concluded; the Court imposed Judgment on December 8, 2014, and Mr. Nikfar has paid in full his restitution obligation, fine and special assessment. (Dkt. Nos. 247 and 249).  Counsel for Mr. Nikfar has learned that the Clerk's Office requires a court order directing that it release and reconvey the Deed of Trust that Mr. Nikfar and his wife, Farnaz Moeni, posted as a condition of bond.  The parties therefore respectfully request that the Court enter the above order.

**IT IS SO STIPUTALED**

Dated: May 27, 2015                                    Respectfully Submitted,

                                                       RAMSEY & EHRLICH LLP

                                                       //s//

                                                       ISMAIL RAMSEY
                                                       ATTORNEY FOR REZA NIKFAR


                                                       MELINDA L. HAAG
                                                       US ATTORNEY

                                                       //s//

                                                       MICHELLE KANE
                                                       ASSISTANT US ATTORNEY


**[~~PROPOSED~~] ORDER**

The case having concluded, and for the reasons stated above, the Court hereby ORDERS the defendant's bond exonerated.  The Court further directs the Clerk of the Court to release the Deed of Trust, document #22353794, for property located at 107 Madera Court, Los Gatos, CA 95032, and that the Clerk of the Court, as Trustee and Beneficiary of the Deed of Trust, reconvey the estate granted by the Deed of Trust, document #22353794, to Mr. Nikfar and Farnaz Moeini.

Dated:  05/28/2015

                                                       _____
                                                       HON. CLAUDIA WILKEN
                                                       Chief United States District Judge